AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Building and Construction Trades  
Department, AFL-CIO, )  
        Plaintiff(s) )    **APPEARANCE**  
         )  
         )  
        vs. )    CASE NUMBER   1:06cv00677/RBW  
Elaine L. Chao, in her official capacity as )  
Secretary of Labor, et al., )  
        Defendant(s) )  

To the Clerk of this court and all parties of record:

Please enter the appearance of   Terry R. Yellig   as counsel in this  
                               (Attorney's Name)

case for:   Plaintiff Building and Construction Trades Department, AFL-CIO  
                       (Name of party or parties)

April 18, 2006  
Date

*[signature]*  
Signature  
Terry R. Yellig  
Print Name

946095  
BAR IDENTIFICATION

900 Seventh Street, N.W., Suite 1000  
Address

Washington, D.C.      20001  
City    State    Zip Code

202-785-9300  
Phone Number