UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BUILDING AND CONSTRUCTION TRADES  )
  DEPARTMENT, AFL-CIO,            )
  815 16th St., N.W., Suite 600   )
  Washington, D.C. 20036          )
                                         )
      Plaintiff,                )
                                         )
    v.                            )   Civil No. 06-0677 R.W.
                                         )
ELAINE L. CHAD, Secretary,        )
  U.S. Department of Labor        )
  200 Constitution Ave., N.W.     )
  Washington, D.C. 20210,         )
                                         )
      and                       )
                                         )
SAMUEL W. BADMAN, Secretary,      )
  U.S. Department of Energy       )
  1000 Independence Ave., N.W.    )
  Washington, D.C. 20585,         )
                                         )
      Defendants.               )
_____)

## PRAECIPE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for the both defendants in this case.

                                                 _____
                                               MARINA UTGOFF BRASWELL, D.C. BAR #416587
                                               Assistant United States Attorney
                                               U.S. Attorney's Office
                                               555 4th Street, N.W.
                                               Washington, D.C. 20530
                                               (202) 514-7226