```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BUILDING AND CONSTRUCTION TRADES  )
  DEPARTMENT, AFL-CIO,            )
  815 16th St., N.W., Suite 600   )
  Washington, D.C. 20036          )
                                  )
        Plaintiff,                )
                                  )
        v.                        )   Civil No. 06-0677 R.W.
                                  )
ELAINE L. CHAD, Secretary,        )
  U.S. Department of Labor        )
  200 Constitution Ave., N.W.     )
  Washington, D.C. 20210,         )
                                  )
        and                       )
                                  )
SAMUEL W. BADMAN, Secretary,      )
  U.S. Department of Energy       )
  1000 Independence Ave., N.W.    )
  Washington, D.C. 20585,         )
                                  )
        Defendants.               )
_____)
```

DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), defendants move the Court for an extension of time, to and including June 30, 2006, in which to respond to the First Amended Complaint in this case. Defendants are currently in the process of preparing one or two dispositive motions, which will move the litigation along. The time needed however to complete this process will take until June 30th, in part because defense counsel will be out of the office for a short period of time for a medical procedure, and she has three days of depositions in the next two weeks. The motions have not been able to be completed to date due to the need to

resolve certain issues, which requires further consultation with agency representatives.

Plaintiff's counsel has graciously consented to this motion.

Therefore, for the foregoing reasons, defendants respectfully request that this unopposed motion be granted, and that the deadline for defendants' response to the First Amended Complaint be extended to and including June 30, 2006.

                              Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226