UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUILDING AND CONSTRUCTION TRADES DEPARTMENT, AFL-CIO, ) ) ) | |
| Plaintiff, ) ) | Case No. 1:06cv00677/RBW |
| v. ) ) | |
| ELAINE L. CHAO, in her official capacity as Secretary of Labor ) ) ) | |
| and ) ) | |
| SAMUEL W. BODMAN, in his official capacity as Secretary of Energy ) ) ) | |
| Defendants. ) ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b), Fed. R. Civ. P., plaintiff Building and Construction Trades Department, AFL-CIO, moves the Court for an extension of time, to and including July 28, 2006, in which to file a memorandum of points and authorities in opposition to Defendants' Joint Motion to Dismiss, and for an extension of time, to and including August 21, 2006, in which defendants may file a reply memorandum.

Defendants filed a Joint Motion to Dismiss with the Court on June 30, 2006. Thus, according to LCvR 7(b), plaintiff has until July 11, 2006 to serve and file a memorandum of points and authorities in opposition to defendants' motion. However, plaintiff's counsel was absent from his office on vacation from July 1, 2006 until July 10, 2006. In addition, plaintiff's counsel is in the process of preparing a dispositive motion on behalf of another client in a case in which the plaintiff recently served the complaint and a responsive pleading is due on or before

July 21, 2006. In addition, plaintiff's counsel is in the process of preparing materials for presentation at a seminar on the Fair Labor Standards Act, which he will conduct for approximately 100 employees of one of his other clients on July 20, 2006.

Defendant's counsel has graciously consented to extending the time in which plaintiff must filed its memorandum of points and authorities in opposition to Defendants' Joint Motion to Dismiss, to and including July 28, 2006. Because of this extension of time; however, defendants' reply memorandum will be due at a time when defendants' counsel will be absent from her office on a previously scheduled vacation. Accordingly, plaintiff has agreed to extend the time in which defendants may file a reply memorandum, to and including August 21, 2006,

Therefore, for the foregoing reasons, plaintiff Building and Construction Trades Department, AFL-CIO, respectfully requests the Court to grant this unopposed motion that the deadline for plaintiff to file a memorandum of points and authorities in opposition to Defendants' Joint Motion to Dismiss be extended, to and including July 28, 2006, and that the deadline for defendants to file a reply memorandum be extended, to and including August 21, 2006.

Respectfully submitted,

_____
TERRY R. YELLIG (D.C. Bar No. 946095)

SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 SEVENTH STREET, N.W.
SUITE 1000
WASHINGTON, D.C. 20001
TELEPHONE NO. (202) 785-9300

Attorneys for Plaintiff Building and Construction Trades Department, AFL-CIO

DATED:   JULY 10, 2006