UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUILDING AND CONSTRUCTION ) <br> TRADES DEPARTMENT, AFL-CIO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELAINE L. CHAO, in her official ) <br> capacity as Secretary of Labor ) <br> ) <br> and ) <br> ) <br> SAMUEL W. BODMAN, in his official ) <br> capacity as Secretary of Energy ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:06cv00677/RBW |

## DECLARATION OF TERRY R. YELLIG

I, Terry R. Yellig, make this declaration based on personal knowledge:

1. I am an attorney-at-law admitted to practice in the District of Columbia since July 20, 1978, and I am a member of the law firm of Sherman, Dunn, Cohen, Leifer & Yellig, P.C., located at 900 Seventh Street, N.W., Suite 1000, Washington, D.C. 20001, attorneys for plaintiff Building and Construction Trades Department, AFL-CIO. As such, I submit this Declaration upon personal knowledge in opposition to Defendants' Joint Motion to Dismiss.

2. Attached hereto as Exhibit No. 1 is a true and correct copy of a letter dated July 25, 2001, sent by Edward C. Sullivan, President, Building and Construction Trades Department, AFL-CIO, to Annabelle T. Lockhart, Acting Administrator, Wage and Hour Division, United States Department of Labor.

3.   I have not attached copies of the enclosures appended to the original copy of Exhibit No. 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Terry R. Yellig

Dated: July 28, 2006