UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BUILDING AND CONSTRUCTION TRADES DEPARTMENT, AFL-CIO,** | ) ) ) | |
| | ) | **Case No. 1:06cv00677/RBW** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ELAINE L. CHAO, in her official capacity as Secretary of Labor** | ) ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **SAMUEL W. BODMAN, in his official capacity as Secretary of Energy** | ) ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Upon consideration of Defendants' Joint Motion to Dismiss, Memorandum of Points and Authorities in Support of Defendants' Joint Motion to Dismiss, plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion to Dismiss, and the entire record, and it appearing to the Court that Defendants'' Joint Motion to Dismiss lacks merit, it is hereby

ORDERED that Defendants' Joint Motion to Dismiss for lack of jurisdiction and failure to state a claim be DENIED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____