```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

BUILDING AND CONSTRUCTION         )
 TRADES DEPARTMENT, AFL-CIO,      )
                                  )
      Plaintiff,                  )
                                  )
      v.                          ) Civil No. 06-0677 RBW
                                  )
ELAINE L. CHAO, SECRETARY         )
 OF LABOR AND SAMUEL W. BODMAN,   )
 SECRETARY OF ENERGY,             )
                                  )
      Defendants.                 )
                                  )
_____)
```

## DEFENDANTS' NOTICE OF FILING

Defendants hereby file Defendants' Exhibit 1, referenced in defendants' previously filed motion to dismiss [Docket No. 6] and reply to plaintiff's opposition to defendants' motion to dismiss [Docket No. 9].

                                      Respectfully submitted,

                                      _____
                                      KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                      United States Attorney

                                      _____
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                      Assistant United States Attorney

                                      _____
                                        MARINA UTGOFF BRASWELL, D.C. BAR #416587
                                      Assistant United States Attorney
                                      U.S. Attorney's Office
                                      555 4th Street, N.W. - Civil Division
                                      Washington, D.C. 20530
                                      (202) 514-7226